FILED 

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI

AUG 2 5 2005

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,   **WAIVER OF INDICTMENT**

    Plaintiff,

    CASE NUMBER:

v.

DONALD ROLAND RASCH,   **4: 05CR00473CAS**

    Defendant.

    I, DONALD ROLAND RASCH, the above named defendant, who is accused of conspiracy to transport stolen art work in interstate commerce, in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __8/25/05__ prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer